# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. SNEAD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-6139 |
| SEVERANCE PAY PLAN OF JOHNSON & JOHNSON AND AFFILIATED COMPANIES, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of October, 2010, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 7), Defendants' Cross-Motion for Summary Judgment (Doc. No. 8), and the Responses and Replies thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** and Defendants' Cross-Motion is **DENIED**. It is **FURTHER ORDERED** that this matter be **REMANDED** to the administrator of the Defendants' severance benefit plan for consideration consistent with this Court's decision.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE